THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MASSIMILIANO DELLAGUARDIA,<br><br>Defendant. | CASE NO. CR10-0226-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss violations of supervised release (Dkt. No. 82). This motion is GRANTED. The charged violations of supervised release are DISMISSED. The evidentiary hearing scheduled for March 7, 2017 is cancelled. Defendant Dellaguardia shall continue to follow all terms of his supervised release.

DATED this 17th day of January 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk